In the Matter of the Application of ELEANOR M. PIKE for the Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of HANNAH M. PIKE, Deceased.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ALBERT SARLAY, Respondent, v. PAUL ZABADAL and Others, Appellants. ANNA SARLAY, Respondent, v. PAUL ZABADAL and Others, Appellants.*— Judgments and orders reversed on the law and facts, with costs in one action, and complaint dismissed, with costs in one action. McNamee, Crapser, Bliss and Heffernan, JJ., concur; Hill, P. J., dissents.

ALBANY BUILDERS SUPPLY COMPANY, Appellant, v. STANDARD BUILDING CORPORATION and FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondents, and Others.†— Judgment affirmed, with costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

EDWIN M. BULKLEY and Others, a Limited Copartnership Doing Business under the Firm Name of SPENCER TRASK & Co., Respondents, v. JOSEPH T. O'DONNELL, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [148 Misc. 186.]

ELLA RUBIN, Appellant, v. MELVIN OSBORN and CHESTER A. OSBORN, Copartners, Trading under the Firm Name and Style of OSBORN & SON, Respondents.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

EDWARD L. ROSENTHAL, Respondent, v. THEODORE A. KNAPP, Appellant.— Appeal dismissed, with ten dollars costs, without prejudice to the right of the defendant to move to open his default and to vacate the order and the judgment appealed from, on the ground that a default judgment is not appealable. (Civ. Prac. Act, § 557.) Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of MARTHA JANE SHORTLE, Late of the City of Albany, Deceased.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.